ANNA R. ST. JOHN, an Infant, by WILBERT J. ST. JOHN, Her Guardian ad Litem, Respondent, *v.* ALLEN S. OLMSTED, Appellant.

*St. John* v. *Olmsted*, 175 App. Div. 964, affirmed.

(Submitted March 21, 1918; decided April 5, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 24, 1916, affirming a judgment in favor

of plaintiff entered upon a verdict. The complaint alleged that while the plaintiff, an infant two years of age, was on the porch of her father's home, the defendant "through his officers, agents and servants" caused a free sample of "Allen's Foot-Ease" to be left there in such a manner that she became possessed of it, and took a portion of its contents into her mouth, and was thereby poisoned and injured; that said act "was negligent and careless and in violation of the statute in such case made and provided." The defendant made practically a general denial and alleged, among other things, that if any such sample was distributed as alleged, it was done by an independent contractor.

*Edward P. White* for appellant.

*Frank E. Young* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Collin, Cuddeback, Hogan, McLaughlin and Crane, JJ.